**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 447 EAL 2014
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
QUINZELL REDDICK, :
:
         Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.